IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


STEPHANIE BAYLES, )
)
   Plaintiff, )
)
v. ) 2:09-00114
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
   Defendant. )


**O R D E R**


      Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Brown in which he recommends denial of Plaintiff's motion for judgment and affirmance of the Commissioner's decision. The Plaintiff has timely flied objections to the R&R insisting that the Administrative Law Judge failed to properly consider whether or not Plaintiff's severe medical conditions met or equaled a listed impairment, specifically Listing 11.14 for peripheral neuropathy. Defendant has filed a response to Plaintiff's objections.

      The Court has read and considered the Report and Recommendation, the objections thereto, and the response to the objections.

      The decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g). On remand the Commissioner will consider whether Plaintiff meets the requirements of Listing 11.14 in view of the amputation of both of her great toes; whether the amputation is related to her other impairments of obesity, peripheral neuropathy, fibromyalgia; and whether the combination of her various impairments compels a finding of disability.

      It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge